UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELVIN MILLER #971208,

            Plaintiff,

v

MARY VELARDE, *et al.*,

            Defendants.

NO. 4:23-cv-12117

HON. BRANDY R. MCMILLION

MAG. JUDGE PATRICIA T.
    MORRIS

_____

Melvin Miller #971208
*In Pro Per*
390 Horseshoe Bend Circle
Soperton, GA  30457
(912) 245-7780

Nicholas B. Pillow (P83927)
Chapman Law Group
Attorney for Def. Jindal
1441 W. Long Lake Rd., Ste. 310
Troy, MI  48098
(248) 644-6326
npillow@chapmanlawgroup.com

John L. Thurber (P44989)
Assistant Attorney General
Attorney for MDOC Defs. Chesher,
   Frazier, Jones, Roe, Snead &
   Velarde
Mich. Dept. of Attorney General
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
thurberj@michigan.gov

_____/

## **SUBSTITUTION OF COUNSEL**

    TO: CLERK OF THE COURT

    PLEASE TAKE NOTICE that John L. Thurber (P44989),

Assistant Attorney General for the State of Michigan, has been

substituted in place and stead of attorney Joseph Y. Ho (P77390) as

Attorney of Record for **MDOC Defendants Kari Chesher, Robert**

**Frazier, Jennifer Jones, Tyler Roe, Brandon Snead, and Mary**

**Velarde,** in the above-captioned case. I also request a withdrawal of

Joseph Y. Ho (P77390) from this case.

                                  Respectfully submitted,

                                   */s/ John L. Thurber*
                                   John L. Thurber (P44989)
                                   Assistant Attorney General
                                   Attorney for MDOC Defs. Chesher,
                                     Frazier, Jones, Roe, Snead &
                                     Velarde
                                   Mich. Dept. of Attorney General
                                   Corrections Division
                                   P.O. Box 30217
                                   Lansing, MI  48909
                                   (517) 335-3055
                                   thurberj@michigan.gov

Dated:  June 24, 2024

2

## CONSENT TO SUBSTITUTION OF ATTORNEY

TO: CLERK OF THE COURT

I hereby consent that John L. Thurber (P44989), Assistant Attorney General for the State of Michigan, be substituted in my place and stead for **MDOC Defendants Kari Chesher, Robert Frazier, Jennifer Jones, Tyler Roe, Brandon Snead, and Mary Velarde,** in the above cause of action.

Respectfully submitted,

*/s/ Joseph Y. Ho*
Joseph Y. Ho (P77390
Assistant Attorney General
Mich. Dept of Attorney General
Attorney for MDOC Defendants
Corrections Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
hoj@michigan.gov

Date:   June 24, 2024

## ORDER PERMITTING SUBSTITUTION OF ATTORNEYS

In accordance with the foregoing written substitution of attorneys;

IT IS HEREBY ORDERED that John L. Thurber (P44989), Assistant Attorney General for the State of Michigan, is hereby substituted as counsel representing **MDOC Defendants Kari Chesher, Robert Frazier, Jennifer Jones, Tyler Roe, Brandon Snead, and Mary Velarde** in the above cause of action.  Further, Joseph Y. Ho (P77390), is withdrawn from this case.

Dated: JUNE 25, 2024                          S/ PATRICIA T. MORRIS
                                                              Hon. Patricia T. Morris
                                                              U.S. District Magistrate Judge

4